# Western Union Telegraph Co. v. Allgood.

APPEAL from Anniston City Court.

Tried before the Hon. JAMES W. LAPSLEY.

J. M. FALKNER and RAY RUSHTON, for appellant.

A. P. AGEE, for appellee.

This suit was commenced in the justice court by appellee, plaintiff in the court below, to recover damages for the negligent delay in the transmission and delivery of a telegraphic message. A judgment was rendered in the justice court against the defendant Telegraph Company, from which an appeal was taken to the city court, where the cause was tried *de novo* by the court without the intervention of a jury, and judgment was there rendered against the defendant, from which an appeal is prosecuted to this court.

On the undisputed evidence in the case, it is shown, that there existed no relation between the defendant Telegraph Company and the Telephone Company, to which latter the message was delivered by Brock, the sender, contractual or otherwise. And the evidence fails to show that there was any discloure to the defendant Telegraph Company of any agency between Brock, the sender of the message and Allgood the sendee.

The court holds that on this state of facts, under the authority of *W. U. Tel. Co. v. Adair,* 115 Ala. 441; *Daughtery v. American Union Tel. Co.,* 75 Ala. 168; *W. U. Tel. Co. v. Wilson,* 93 Ala. 32; *W. Un. Tel. Co. v. Cunningham,* 99 Ala. 314, the sendee Allgood had no right of recovery in this action against the defendant for damages resulting from the delay in delivering the message sent by Brock.

Judgment in favor of the plaintiff is reversed, and judgment here rendered in favor of the defendant.

Opinion by DOWDELL, J.